RECEIVED

DEC 27 2013

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| ALFRED L. FAVORS<br>LA. DOC #131216<br>VS.<br><br>FRANKLIN PARISH<br>DETENTION CENTER, ET AL. | CIVIL ACTION NO. 3:13-cv-2603<br><br>SECTION P<br><br>JUDGE DONALD E. WALTER<br><br>MAGISTRATE JUDGE KAREN L. HAYES |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record including the objections filed by petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that plaintiff's civil rights complaint be **DISMISSED WITH PREJUDICE** as frivolous pursuant to the provisions of 28 U.S.C. §1915 and §1915A.

The Clerk of Court is directed to provide a copy of this judgment to the Keeper of the Three Strikes List, Tyler, Texas.

**THUS DONE AND SIGNED**, in chambers, in Shreveport, Louisiana, on this 27 day of Dec, 2013.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE